### PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.

**No. 31 WAP 2012.**

Supreme Court of Pennsylvania.

Sept. 3, 2014.

### *ORDER*

PER CURIAM.

**AND NOW,** this 3rd day of September, 2014, the above captioned appeal is quashed for failure to file a brief.

■

### COMMONWEALTH of Pennsylvania, Petitioner

v.

### Michael Ryan BUDKA, Respondent.

Supreme Court of Pennsylvania.

Sept. 3, 2014.

## ORDER

PER CURIAM.

AND NOW, this 3rd day of September 2014, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by the Commonwealth, is:

> Whether the Superior Court acted in contravention to established case law and guiding principles when it conducted a speculative analysis of whether trial counsel's actions were reasonable under the circumstances?